DANIEL *v.* FIRST NATIONAL BANK OF MARIETTA *et al.*
DANIEL *v.* FIRST NATIONAL BANK OF ATLANTA *et al.*
DANIEL *v.* FULTON NATIONAL BANK OF ATLANTA *et al.*

GRAHAM, Judge. The rulings in *Daniel* v. *Citizens and Southern National Bank,* ante, 384, are controlling in these cases.
*Judgments reversed. Concurrences and dissent as in No. 11353, ante.*

Nos. 11360, 11361, 11362. MAY 9, 1936.

Judges Graham, Dickerson, Knox, and Rourke were designated for these cases, instead of disqualified Justices of the Supreme Court.

*W. S. Mann, S. D. Hewlett, Hugh Howell, B. D. Murphy, D. M. Parker, G. L. Goode,* and *O. H. Dukes,* for plaintiff in error.

*Blair & Gardner, G. D. Anderson, Brandon, Hynds & Tindall, Hendrix & Buchanan, J. A. Branch, Marion Smith, R. B. Troutman,* and *R. S. Parker,* contra.